IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:17CR21 |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| BRIAN HARTWELL, | ) | |
| Defendant. | ) | |

THIS MATTER came before the Court on the Unopposed Motion to Review Detention (Filing No. 261) by Defendant Brian Hartwell. Defendant requests release to the Residential Correctional Facility (RCF) for the State of Iowa. The government does not oppose the motion and the assigned United States Probation Officer agrees with the release plan.

The Court, being fully advised in the premises, finds that the motion should be granted.

IT IS THEREFORE ORDERED that:

1. On Thursday, April 9, 2020, Defendant is to be released from the custody of the United States Marshal in order that he participate in the Residential Correctional Facility (RCF) for the State of Iowa until he is successfully discharged by the Residential Manager and/or the Supervising Judicial District Director.

2. Defendant remains subject to all of the previously ordered conditions of his supervised release. Further, the Court orders that if Defendant fails to remain in such program, participate in such program, and obey all the rules of such program, the Court shall be notified immediately so that a warrant may issue.

DATED this 7th day of April, 2020.

BY THE COURT:

_____
The Hon. Michael D. Nelson
United States Magistrate Judge